1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK TUBBS,                          No.  2:22-cv-01913-TLN-JDP

12                  Plaintiff,

13        v.                                 **ORDER**

14   UNITED STATES ATTORNEY
     EASTERN DISTRICT OF CALIFORNIA,
15   et al.,

16                  Defendants.

17

18         On June 9, 2023, the magistrate judge filed findings and recommendations herein which

19   were served on Plaintiff, and which contained notice that any objections to the findings and

20   recommendations were to be filed within fourteen days.  No objections were filed.[1]

21   ///

22   ///

23   ///

24   ///

25

26   ───────────────
         [1]  Although it appears from the file that Plaintiff's copy of the findings and
27   recommendations was returned, plaintiff was properly served.  It is the Plaintiff's responsibility to
     keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service
28   of documents at the record address of the party is fully effective.

                                             1

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed June 9, 2023 (ECF No. 4) are ADOPTED IN FULL;

2. This action is DISMISSED for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the April 10, 2023 order (ECF No. 3); and

3. The Clerk of Court is directed to close the case.

Dated:  July 11, 2023

Troy L. Nunley
United States District Judge

2